**Affirmed and Memorandum Opinion filed August 9, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00489-CV

### IN THE INTEREST OF A.A., MINOR CHILD

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2011-04041J**

## MEMORANDUM OPINION

Appellant, D.T., appeals a final decree signed May 1, 2012, terminating her parental rights to A.A., a child who is the subject of this suit terminating D.T.'s parental rights. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to

be advanced. *See High v. State*, 573 S.W.2d 807, 808 (Tex. Crim. App. 1978). The *Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.). Appellant's counsel also filed a motion to withdraw her representation of appellant.

A copy of counsel's brief and a copy of the record were delivered to appellant. Appellant was advised of her right to examine the appellate record and file a *pro se* response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329–30. More than thirty days have elapsed, and, as of this date, no *pro se* response or motion requesting additional time has been filed.

We have reviewed the record and counsel's appellate brief carefully. We agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the appellate brief would add nothing to the jurisprudence of the state.

Having determined that the appeal is frivolous and that the requirements of *Anders* have been satisfied, we grant counsel's motion to withdraw, and affirm the trial court's judgment.

Per curiam

Panel consists of Justices Frost, McCally, and Busby.